B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fiberoptic Studio Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA iSky; FDBA iSky Panel Systems, Inc.; FDBA iSky powered by Fiberoptic Studio Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-4265174 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>911 Green Bay Road<br>Winnetka, IL<br>ZIP Code 60093 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | InterSource Specialities Company<br>N5619 Luey Lane<br>Plymouth, WI 53073 |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fiberoptic Studio Corporation |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Fiberoptic Studio Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Bruce C. Scalambrino
_____
Signature of Attorney for Debtor(s)

 Bruce C. Scalambrino ARDC 06193809
_____
Printed Name of Attorney for Debtor(s)

 Scalambrino & Arnoff, LLP
_____
Firm Name

 One North LaSalle Street
 Suite 1600
 Chicago, IL 60602
_____
Address

                          Email: bcs@sacounsel.com
 312-629-0545  Fax: 312-629-0550
_____
Telephone Number

 November 28, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jeffrey P. Graham
_____
Signature of Authorized Individual

 Jeffrey P. Graham
_____
Printed Name of Authorized Individual

 President
_____
Title of Authorized Individual

 November 28, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re      Fiberoptic Studio Corporation                                              ,      Case No. _____

                                                        Debtor

                                                                                        Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 72,722.67 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 94,398.52 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 348,435.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 72,722.67 | | |
| Total Liabilities | | | | 442,834.03 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Fiberoptic Studio Corporation                    ,      Case No. _____

                             Debtor

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     Fiberoptic Studio Corporation                       ,      Case No. _____
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re     Fiberoptic Studio Corporation                       ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank<br>Checking account<br>Acct. No. 5603 | - | 0.00 |
| | | Harris Bank<br>Line of credit account<br>Acct. No. 5720 | - | 356.12 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Gabler Partners<br>1007 Tower Road<br>Winnetka, IL 60093<br>(Landlord - security deposit) | - | 3,000.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      3,356.12
(Total of this page)

  __3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Architectural Design Concepts N5619 Luey Lane Plymouth, WI 53073 | - | 52,975.20 |
| | | CED Inc. 3085 Commercial Northbrook, IL 60062 | - | 468.91 |
| | | Image Tech Design 221 Chandler Street Worcester, MA 01609 | - | 150.00 |
| | | Illinois Department of Employment Security Northern Region 260 East Indian Trail Road Aurora, IL 60505-1733 (possible account overpayment) | - | 197.44 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        53,791.55
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Fiberoptic Studio Corporation                     ,      Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Unted States Patent (illumination device) Patent No. US 7,766,526 B2 Date of Patent: August 3, 2010 (assignee - iSky Panel Systems, Inc.) | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Will be provided to trustee | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Toyota 4 Runner 911 Green Bay Road Winnetka, IL 60093 (180,000 miles - fair condition) (vehicle titled to Fiberoptic Studio Corp. and Jeffrey P. Graham) (value listed is debtor's 50% interest) | - | 1,625.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attachment | - | 1,500.00 |

|  | Sub-Total > | 3,125.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attachment | - | 4,250.00 |
| 30. Inventory. | | See attachment | - | 1,700.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Stamps and dies to cut debtor's boxes located at StandFast, Inc. 350 South Church Street Addison, IL 60101 | - | 3,000.00 |
| | | Tool mold for iSky star engine enclosure located at Jintar Corporation 8 Xihu Road Wujin High Tech Indust. Changzhou, Jiangsu, China 213164 | - | 3,500.00 |

|  | Sub-Total > | 12,450.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 72,722.67 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Fiberoptic Studio Corporation, Inc.

### Schedule B – Personal Property
### No. 28 – Office equipment, furnishings, and supplies
### (Located at 911 Green Bay Road, Winnetka, IL 60093)

| Manufacturer | Description | Model No. | Quantity |
|---|---|---|---|
| Samsung | office phone system, | i DCS 180 | 9 |
| Macintosh | iMAC 1.8 GHz computer | | 2 |
| Macintosh | Mac Mini with display | | 1 |
| Macintosh | GS server | | 1 |
| Dell | Computer with display | | 1 |
| Brother | Intellifax | 2820 | 1 |
| HP | LaserJet 4 Plus printer | | 1 |
| Linksys | Internet switch | | 1 |
| 2Wire | DSL gateway | | 1 |
| HP | C4795 printer | | 1 |
| Miscellaneous | External hardware | | 1 |

Total estimated salvage value = $1,500.00

# Fiberoptic Studio Corporation, Inc.

## Schedule B – Personal Property
## No. 29 – Machinery, fixtures, equipment, and supplies used in business
## (Located at 911 Green Bay Road, Winnetka, IL 60093)

| Description | Quantity |
|---|---|
| Wet dry vacuum | 1 |
| Large trash cans | 3 |
| Air Compressor | 1 |
| Shop shelves | 10 |
| Tabletop drill press | 1 |
| Belt sander | 1 |
| Steel cabinets | 2 |
| Filing cabinets | 4 |
| 3-drawer fireproof filing cabinets | 2 |
| Desks | 6 |
| Chairs | 10 |
| Office shelves | 5 |
| Wooden conference table | 1 |
| Impulse sealer | 1 |
| Miscellaneous small tools | |
| Miscellaneous hardware | |
| Miscellaneous office supplies | |

Total estimated salvage value = $1,250.00

# Fiberoptic Studio Corporation, Inc.

### Schedule B – Personal Property
### No. 29 – Machinery, fixtures, equipment, and supplies used in business
### (Located at InterSource Specialities Company, N5619 Luey Lane, Plymouth, WI 53073)

| Description | Quantity |
| --- | --- |
| 24" fiberoptic jig | 1 |
| 30" fiberoptic jig | 1 |
| 48" fiberoptic jig | 1 |

# Fiberoptic Studio Corporation, Inc.

## Schedule B – Personal Property
## No. 30 – Inventory
## (Located at 911 Green Bay Road, Winnetka, IL 60093)

### Color Kinetics

| Description | Quantity |
| --- | --- |
| iPlayer 3 | 1 |
| iColor Core EL 12" | 100 |
| iColor Core EL 7" | 26 |
| Color Dial 103-14-00 | 1 |
| 30' Leader Cable 108-18-00 | 6 |
| 5' Jumper for EL 108-20-01 | 15 |
| Keypad – serial 103-9-00 | 1 |
| 30' iColor Leader 108-15-00 | 3 |
| iColor Fex SL 4" Black 101-21-01 | 1 |
| iColor Module FX 6:36 101-45-01 | 3 |
| iColor Cove MX 123-4-00 | 6 |
| iColor Cove QL 12" 101-57-00 | 4 |
| iW Profile – Narrow 501-5-01 | 3 |
| IColor Cove QL 6" 101-51-01 | 4 |
| iColor Flex SL 4" White 101-18-00 | 3 |

### Miscellaneous Items

| Description | Quantity |
| --- | --- |
| Dremel Tool Kit | 1 |
| Base | 1 |
| Plunger Router | 1 |
| Demonstration samples of fiberoptic fixtures, illuminators, ceiling tiles, etc. | Miscellaneous |

See additional items on attached list

Total estimated salvage value = $1,700.00

iSky powered by FiberopticStudio
911 Green Bay Road
Winnetka, IL 60093 USA

## Items List [Summary]

11/8/11
6:41:19 PM

Page 1

| Item # | Item Name | Vendor | nits On Hand | Total Value | Average Cost | Current Price |
|--------|-----------|--------|--------------|-------------|--------------|---------------|
| iSky | | iSky Panel Systems, Inc. | | | | |
| 1001 | ISky Star Engine | Jintar Corpora | 300 | $1,738.69 | $5.7956 | $200.00 |
| 1005 | Star Engine w/51 6ft tail | | 20 | $0.00 | $0.00 | $360.00 |
| 1010 | iSky Star Fix Kit | | 4 | $25.41 | $6.3525 | $185.00 |
| 1208 | Accent Panel 12 | ISC | 4 | $37.90 | $9.475 | $120.00 |
| 2416 | 24in (1pc) SM Triangle L | | 0.5 | $0.00 | $0.00 | $600.00 |
| 2417 | 24in (1pc) SM Radius L& | | 0.5 | $0.00 | $0.00 | $900.00 |
| 4816 | (1) 48 SM Triangle L&R - | | 0.5 | $121.36 | $242.72 | $1,160.00 |
| 6004 | (4) Blue uRay LINK Cros | APA Electronic | 20 | $132.00 | $6.60 | $20.00 |
| 6005 | (4) Blue uRay LINK 90 d | APA Electronic | 60 | $396.00 | $6.60 | $20.00 |
| 6010 | (20) Blue uRay LINK 12i | Panera Interna | 8 | $107.48 | $13.435 | $320.00 |
| 6014 | 8mm Blue uRay TAPE HI | Panera Interna | 5 | $174.20 | $34.84 | $300.00 |
| 6020 | (20) Amber uRay LINK 1 | APA Electronic | 6 | $261.33 | $43.555 | $320.00 |
| 6024 | (4) Amber uRay LINK Cr | APA Electronic | 40 | $256.00 | $6.40 | $20.00 |
| 6025 | (4) Amber uRay LINK 90 | APA Electronic | 40 | $256.00 | $6.40 | $20.00 |
| 6034 | (4) Red uRay LINK Cros | APA Electronic | 20 | $128.00 | $6.40 | $20.00 |
| 6035 | (4) Red uRay LINK 90 D | APA Electronic | 30 | $192.00 | $6.40 | $20.00 |
| 6042 | uRay LINK WHITE End | Panera Interna | 100 | $5.00 | $0.05 | $2.00 |
| 6043 | uRay LINK BLACK End-t | Panera Interna | 20 | $16.13 | $0.8065 | $20.00 |
| 6044 | uRay LINK BLACK End | Panera Interna | 100 | $5.00 | $0.05 | $2.00 |
| 6050 | uRay LINK Female-to-Fe | Panera Interna | 5 | $40.00 | $8.00 | $40.00 |
| 6060 | uRay LINK Power Adapt | APA Electronic | 150 | $118.97 | $0.7931 | $10.00 |
| 6070 | uRay 10in Spanner Strip | | 130 | $103.47 | $0.7959 | $20.00 |
| 6075 | ECO-RGB uRay 10mm | Panera Interna | 5 | $199.80 | $39.96 | $300.00 |
| 6080 | RGB High Output 12mm | Panera Interna | 5 | $261.22 | $52.244 | $400.00 |
| 6085 | (15) RGB uRay LINK 12" | Panera Interna | 3 | $164.25 | $54.75 | $420.00 |
| 6100 | RGB Remote/Reciever | Panera Interna | 5 | $48.30 | $9.66 | $100.00 |
| 6104 | DMX to RGB Decoder | Panera Interna | 4 | $104.87 | $26.2175 | $180.00 |
| 6175 | 1 Channel Dimmer | Panera Interna | 10 | $53.80 | $5.38 | $60.00 |
| 6176 | uRay PWM Dimming Uni | Display Suppl | 6 | $193.35 | $32.225 | $250.00 |
| 6310 | 10mm Quick Connect, 2 | Panera Interna | 3 | $1.98 | $0.66 | $5.00 |
| 6330 | 10mm RGB Quick, 20" L | Panera Interna | 10 | $9.10 | $0.91 | $6.00 |
| 6332 | 12mm RGB Quick Con, | Panera Interna | 12 | $12.48 | $1.04 | $7.00 |
| 6340 | 10mm 4" Flexible Dbl, R | Panera Interna | 3 | $3.18 | $1.06 | $5.00 |
| 6342 | 12mm  4" Flexi Dbl ECO | Panera Interna | 2 | $2.44 | $1.22 | $7.00 |
| 6350 | 10mm S/RGB  End to E | Panera Interna | 16 | $14.72 | $0.92 | $6.00 |
| 6352 | 12mm S/RGB  End to E | Panera Interna | 10 | $9.70 | $0.97 | $6.00 |
| 6358 | 8mm S/RGB End to End | Panera Interna | 10 | $8.70 | $0.87 | $6.00 |
| 6601 | 30 Degree 3Watt Down | Panera Interna | 10 | $105.71 | $10.571 | $65.00 |
| 7010 | 1 Amp/12VDC/15W LED | Panera Interna | 10 | $50.00 | $5.00 | $30.00 |
| 7040 | 4 Amp/12VDC/48W LED | Panera Interna | 98 | $979.64 | $9.9963 | $60.00 |
| 7051 | 100watt Dim LED Transf | Magnitude Lig | 1 | $0.00 | $0.00 | $260.00 |
| 7056 | 60watt Dim LED Transfo | Magnitude Lig | 3 | $138.00 | $46.00 | $230.00 |
| 7114 | 12in Leader Cable | Channer Corp. | 259 | $1,140.02 | $4.4016 | $20.00 |
| 7115 | 15" Coxial leader, bare | Lane Technical | 5 | $5.00 | $1.00 | $5.00 |
| 7131 | 30ft Leader Cable | Channer Corp, | 14 | $99.19 | $7.085 | $60.00 |
| 7294 | (1) 94in Jumper Cable | Panera Interna | 18 | $57.75 | $3.2083 | $20.00 |
| 8011 | Hex Tool wrench | FabriFinish Ac | 1 | $2.10 | $2.10 | $20.00 |
| 8014 | Basic Tools For Surface | | 17 | $0.00 | $0.00 | $100.00 |
| 8021 | Awl Poker Tool | FabriFinish Ac | 3 | $6.48 | $2.16 | $20.00 |
| 8031 | Hot Knife | Walnut Hollow | 12 | $11.05 | $0.9208 | $40.00 |
| 8041 | ISky Serated Knife | Zesco | 55 | $24.77 | $0.4504 | $10.00 |
| 8091 | (24) Cloud Mounting An | | 34 | $0.00 | $0.00 | $80.00 |
| 8100 | (1) Surface Mount Anch | FabriFinish Ac | 600 | $593.95 | $0.9899 | $6.00 |
| 8101 | Black Edge Banding (25 | Outwater Plast | 1 | $0.00 | $0.00 | $20.00 |

iSky powered by FiberopticStudio

## Items List [Summary]

11/8/11                                                                                                    Page 2
6:41:30 PM

| Item # | Item Name | Vendor | nits On Hand | Total Value | Average Cost | Current Price |
|--------|-----------|--------|-------------:|------------:|-------------:|--------------:|
| iSky | | iSky Panel Systems, Inc. | | | | |
| 8200 | 2in x 60 Yards White Gaf | Uline | 1 | $22.68 | $22.68 | $60.00 |
| CLO-C51692A | 15 Element LCD shutter | | 9,950 | $7,263.50 | $0.73 | $0.00 |
| DIG-232K-ND | Keystone - 9V Batt Stra | Digi-Key Corp | 5 | $2.20 | $0.44 | $0.00 |
| DIG-432-1121 | Rocker Switch - SPDT 1 | Digi-Key Corp | 8 | $13.04 | $1.63 | $0.00 |
| DIG-A97683-N | Tyco - Mini MALE Housi | Digi-Key Corp | 850 | $152.85 | $0.1798 | $0.00 |
| DIG-A97684-N | Tyco - Mini FEMALE Ho | Digi-Key Corp | 950 | $180.27 | $0.1898 | $0.00 |
| FAR-TA441 | Stainless 16G x 40mm n | Fleet & Farm | 100 | $25.00 | $0.25 | $0.00 |
| MCM-69525K | Quick Disconnect Term - | McMaster-Car | 150 | $8.22 | $0.0548 | $0.00 |
| MCM-7242K6 | Crimp-on Connectors | McMaster-Car | 20 | $1.60 | $0.08 | $0.00 |
| MIT-CK30.270 | Mitsubishi CK30 fiber | Mitsubishi Inte | 20,000 | $383.46 | $0.0192 | $0.20 |
| STA-20018 | Master Box - 48In - TOP | Stand Fast Pa | 1 | $5.40 | $5.40 | $0.00 |
| STA-68931 | Component Tray | Stand Fast Pa | 761 | $250.50 | $0.3292 | $0.00 |
| STA-69427 | Multi-Depth Box | Stand Fast Pa | 10 | $25.12 | $2.5119 | $0.00 |
| STA-69434 | Box for Pizza Box | Stand Fast Pa | 20 | $690.45 | $34.5225 | $0.00 |
| STA-70167 | Master Box - 30In Panel | Stand Fast Pa | 1 | $5.80 | $5.795 | $0.00 |
| TAB-Poker Ca | Poker case | Tables Internat | 21 | $314.97 | $14.9986 | $0.00 |
| ULI-S-1112 | 2 Mil Poly Tubing - 2in | Uline | 500 | $6.83 | $0.0137 | $0.00 |
| ULI-S-1115 | 2 Mil Poly Tubing - 6in | Uline | 1,600 | $47.82 | $0.0299 | $0.00 |
| ULI-S-11307 | White Chipboard | Uline | 300 | $17.93 | $0.0598 | $0.00 |
| ULI-S-11385 | 30 x 18 x 18 Corrugated | Uline | 12 | $33.72 | $2.81 | $0.00 |
| ULI-S-119 | 2"x110yds Clear Econo | Uline | 5 | $9.25 | $1.85 | $0.00 |
| ULI-S-1291 | 2 Mil Reclosable Bag 2x | Uline | 100 | $0.99 | $0.0099 | $0.00 |
| ULI-S-1296 | 2 Mil Reclosable bag - 6 | Uline | 300 | $8.71 | $0.029 | $0.10 |
| ULI-S-1302 | 4 Mil Reclosable Bag - 4 | Uline | 40 | $1.60 | $0.04 | $0.00 |
| ULI-S-2190 | 80 Stretch Wrap -18in x | Uline | 2 | $28.00 | $14.00 | $0.00 |
| ULI-S-388 | 2.4mil Bag Tape - Lt. Blu | Uline | 10 | $25.00 | $2.50 | $0.00 |
| ULI-S-3927P | 3/16" Economy Bubble 1 | Uline | 1 | $39.00 | $39.00 | $0.00 |
| ULI-S-6310 | 1 Mil Poly Bags - 12x15 | Uline | 300 | $16.26 | $0.0542 | $0.00 |
| | | _Total:_ | _38,326.5_ | _$17,996.66_ | | |

**rand Total:** **$29,953.72**

# Fiberoptic Studio Corporation, Inc.

### Schedule B – Personal Property
### No. 30 – Inventory
### (Located at InterSource Specialities Company, N5619 Luey Lane, Plymouth, WI 53073)

| Description | Quantity |
| --- | --- |
| Star engines | 569 |
| 24" Master pack | 216 |
| 30" Master pack | 67 |
| 24" Multi depth | 934 |
| Trays | 761 |
| 24" Diffusers | 7 |
| 48" Diffuser | 1 |
| Fiberoptic | 200,000 ft. (estimated) |
| Trim Tex | 14,000 ft. (estimated) |

See additional items on attached list

Total estimated salvage value = $3,000.00

iSky powered by FiberopticStudio
911 Green Bay Road
Winnetka, IL 60093 USA

## Items List [Summary]

11/8/11
6:41:19 PM

Page 1

| Item # | Item Name | Vendor | nits On Hand | Total Value | Average Cost | Current Price |
|---|---|---|---|---|---|---|
| ISC | | ISC | | | | |
| 1001 | iSky Star Engine | Jintar Corpora | 569 | $3,297.72 | $5.7956 | $200.00 |
| MIT-CK30.270 | Mitsubishi CK30 fiber | Mitsubishi Inte | 200,000 | $3,834.60 | $0.0192 | $0.20 |
| PAN-7294 | 94 inch Jumper (PIC) | Panera Interna | 420 | $588.00 | $1.40 | $0.00 |
| STA-69421 | Master Box - 24in panel | Stand Fast Pa | 216 | $662.25 | $3.066 | $0.00 |
| STA-69427 | Multi-Depth Box | Stand Fast Pa | 934 | $2,346.15 | $2.5119 | $0.00 |
| STA-70167 | Master Box - 30in Panel | Stand Fast Pa | 67 | $388.27 | $5.795 | $0.00 |
| TRI-1in PEEL | Trim Tex 1in peel away i | Trim Tex | 14,000 | $840.07 | $0.06 | $0.00 |
| | | Total: | 216,206 | $11,957.06 | | |

B6D (Official Form 6D) (12/07)

In re   Fiberoptic Studio Corporation                                   ,   Case No. _____
                            **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 5174<br><br>Harris Bank Winnetka<br>520 Elm Street<br>Winnetka, IL 60093 | X | - | Prior to Petition Date<br><br>Line of credit<br><br>All of debtor's assets<br><br>Value $            Unknown | | | | 89,398.52 | Unknown |
| Account No. 5720<br><br>Harris Bank Winnetka<br>520 Elm Street<br>Winnetka, IL 60093 | X | - | Prior to petition date<br><br>Line of credit<br><br>All of debtor's assets<br><br>Value $            Unknown | | | | 5,000.00 | Unknown |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

_0_ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 94,398.52 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 94,398.52 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    Fiberoptic Studio Corporation                                          ,    Case No. _____
                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     Fiberoptic Studio Corporation                                   ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Prior to petition date Trade debt - credit card | | | | |
| American Express Blue P.O. Box 0001 Los Angeles, CA 90096-0001 | - | | | | | | | | 20,151.00 |
| Account No. | | | | | Prior to petition date Trade debt - credit card | | | | |
| American Express Gold Card P.O. Box 360002 Fort Lauderdale, FL 33336-0002 | | | | | | | | | 4,500.00 |
| Account No. | | | | | Prior to petition date Trade debt - credit card | | | | |
| American Express Optima P.O. Box 360002 Fort Lauderdale, FL 33336-0002 | - | | | | | | | | 16,287.00 |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| APA Electronics Co., Inc. 8F, No. 317, Sec. 2, Chung Shan Rd. Chung Ho City, TaiPei Hsien, Taiwan | - | | | | | | | X | Unknown |

| | | |
|---|---|---|
| __8__   continuation sheets attached | Subtotal (Total of this page) | 40,938.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. APW Custom Home Theaters 777 St. Clair. Street Chatham, ON N7M 5J7 | - | | | | Prior to petition date Trade debt | | | | Unknown |
| Account No. AT&T P.O. Box 8100 Aurora, IL 60507-8100 | - | | | | Prior to petition date Trade debt | | | | 207.14 |
| Account No. 9077 AT&T Mobility P.O. Box 6416 Carol Stream, IL 60197-6416 | - | | | | Prior to petition date Trade debt | | | | 534.86 |
| Account No. Axiom Entertainment Environmets 880 Rice Creek Terrace Fridley, MN 55432 | - | | | | Prior to petition date Trade debt | | | | 6,400.00 |
| Account No. 7895 Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | - | | | | Prior to petition date Trade debt - credit card | | | | 1,540.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,682.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1331 <br><br> Capital One <br> P.O. Box 6492 <br> Carol Stream, IL 60197-6492 | - | | | Prior to petition date <br> Trade debt - credit card | | | | 19,730.00 |
| Account No. 0258 <br><br> Capital One <br> P.O. Box 6492 <br> Carol Stream, IL 60197-6492 | - | | | Prior to petition date <br> Trade debt - credit card | | | | 6,245.00 |
| Account No. <br><br> Channer Corp. <br> 13720 West Polo Trail Drive <br> Lake Forest, IL 60045 | | | | Prior to petition date <br> Trade debt | | | | 1,364.45 |
| Account No. <br><br> Chase <br> P.O. Box 9001020 <br> Louisville, KY 40290-1020 | - | | | Prior to petition date <br> Trade debt | | | | 205.39 |
| Account No. <br><br> Citibusiness Card <br> P.O. Box 688901 <br> Des Moines, IA 50368-8901 | - | | | Prior to petition date <br> Trade debt - credit card | | | | 1,945.00 |

Sheet no. _2___ of _8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,489.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7739<br><br>DHL Express<br>16592 Collections Center Drive<br>Chicago, IL 60693 | - | | | Prior to petition date<br>Trade debt | | | | 337.00 |
| Account No.<br><br>Digi-Key Corporation<br>701 Brooks Avenue S<br>P.O. Box 677<br>Thief River Falls, MN 56701-0677 | - | | | Prior to petition date<br>Trade debt | | | | 50.62 |
| Account No.<br><br>Erco Lighting Inc.<br>160 Raritan Center Parkway<br>Edison, NJ 08837 | - | | | Prior to petition date<br>Trade debt | | | | 3,211.64 |
| Account No.<br><br>eShipping<br>P.O. Box 842634<br>Kansas City, MO 64184-2634 | - | | | Prior to petition date<br>Trade debt | | | | 164.15 |
| Account No.<br><br>FabricMate Systems<br>4350 Transport Street<br>Suite 101<br>Ventura, CA 93003 | - | | | Prior to petition date<br>Trade debt | | | | 1,428.39 |

Sheet no. _3__ of _8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,191.80

B6F (Official Form 6F) (12/07) - Cont.

In re   Fiberoptic Studio Corporation                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Prior to petition date Trade debt | | | | |
| Fiberstars, Inc. P.O. Box 72233 Cleveland, OH 44192-2233 | | | | | | | | 4,500.00 |
| Account No. | X | - | | Prior to petition date Trade debt - rent | | | | |
| Gabler Partners 1007 Tower Road Winnetka, IL 60093 | | | | | | | | 2,000.00 |
| Account No. 0298 | | - | | Prior to petition date Trade debt | | | | |
| Global Payments Inc. 10705 Red Run Blvd. Owings Mills, MD 21117 | | | | | | | | 566.93 |
| Account No. | | - | | Prior to petition date Trade debt | | | | |
| Globaltranz Enterprises, LLC P.O. Box 219109 Kansas City, MO 64121-9109 | | | | | | | | 238.04 |
| Account No. | | - | | Prior to petition date Trade debt - accouting | | | | |
| Goettsche, Tranen, Winter & Russo 7383 N. Lincoln Ave. Lincolnwood, IL 60712 | | | | | | | | 4,600.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,904.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| InterSource Specialties Company N5619 Luey Lane Plymouth, WI 53073 | X | - | | | | | | | 66,724.09 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| J. Boyd Hildebrant & Company 2120 South Brockway Palatine, IL 60067 | | - | | | | | | | 29,000.00 |
| **Account No.** | | | | | Prior to petition date Loans | | | | |
| Jeffrey P. Graham 918 Green Bay Road #2H Winnetka, IL 60093 | | - | | | | | | | 139,017.52 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Lathrop & Gage 2345 Grand Blvd. Kansas City, MO 64108-2616 | | - | | | | | | | 4,379.00 |
| **Account No.** | | | | | Prior to petition date Trade debt | | | | |
| Magnitude Lighting Transformers 7404 Fulton Avenue Unit 1 North Hollywood, CA 91605 | | - | | | | | | | 342.00 |

Sheet no. _5_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       239,462.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                                ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Peoples Energy <br> P.O. Box 0 <br> Chicago, IL 60690-3991 | - | | Prior to petition date <br> Trade debt - utility | | | | Unknown |
| Account No. <br><br> Peter Hoagland Ltd. <br> 5863 Old Dominion Court <br> Warrenton, VA 20187 | - | | Prior to petition date <br> Trade debt | | | | 2,500.00 |
| Account No. <br><br> Rose Brand <br> 4 Emerson Lane <br> Secaucus, NJ 07094 | - | | Prior to petition date <br> Trade debt | | | | 75.00 |
| Account No. <br><br> Signs NOW <br> 716 Central Ave. <br> Highland Park, IL 60035 | - | | Prior to petition date <br> Trade debt | | | | 1,150.00 |
| Account No. <br><br> Station Earth Inc. <br> 766 Tower St. S. <br> Fergus, ON N1M2R3 | - | | Prior to petition date <br> Trade debt | | | | Unknown |

Sheet no. _6_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,725.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Fiberoptic Studio Corporation                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Thomas Koontz<br>8028 Shaddy Lake Ct.<br>Fort Wayne, IN 46804 | - | | | Prior to petition date<br>Trade debt | | | | Unknown |
| Account No. 0827<br><br>Travelers Insurance<br>CL & Speciality Remittance Center<br>Hartford, CT 06183-1008 | - | | | Prior to petition date<br>Trade debt - insurance | | | | 3,654.22 |
| Account No.<br><br>Traxon Technologies USA<br>20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 07073 | - | | | Prior to petition date<br>Trade debt | | | | 4,500.00 |
| Account No.<br><br>Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | - | | | Prior to petition date<br>Trade debt | | | | 887.07 |
| Account No.<br><br>United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | - | | | Prior to petition date<br>Trade debt | | | | Unknown |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,041.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Fiberoptic Studio Corporation                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | Prior to petition date Trade debt | | | | |
| UPS Supply Chain Solutions 28013 Network Place Chicago, IL 60673-1280 | - | | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Prior to petition date Trade debt - utility | | | | |
| Village of Winnetka 510 Green Bay Road Winnetka, IL 60093-2563 | - | | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Total
(Report on Summary of Schedules)    348,435.51

B6G (Official Form 6G) (12/07)

.

In re    Fiberoptic Studio Corporation                                              ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Cinema di Cuore/Trayce Blake<br>142 E. Bonita Ave.<br>#14<br>San Dimas, CA 91773 | Sales Representative Agreement<br>Effective August 10, 2011 for one year, with automatic yearly renewals unless terminated in writing |
| D2MK Solutions/Dale A. Mackintosh<br>77 Hilldale Crescent<br>Guelph, Ontario, Canada N1G4B5 | Sales Representative Agreement<br>Effective July 1, 2009 for one year, with automatic yearly renewals unless terminated in writing |
| Elite Marketing<br>4008 Louetta Road<br>#551<br>Spring, TX 77388 | Sales Representative Agreement<br>Effective August 10, 2011 for one year, with automatic yearly renewals unless terminated in writing |
| Gabler Partners<br>1007 Tower Road<br>Winnetka, IL 60093 | 12 month lease for non-residential real property<br>911 Green Bay Road, Studio 3, Winnetka, IL 60093<br>$3,000.00 per month<br>Expires August 31, 2012 |
| Home Video-Kazakhstan Ltd.<br>Zheltoksan Str. 171, ap 66-67<br>Almaty, 050013 Kazakhstan | Distribution Agreement<br>Effective August 1, 2011 for two year period |
| JBA Sales LLC<br>1705 Route 46<br>Suite 3<br>Ledgewood, NJ 07852 | Sales Representative Agreement<br>Effective August 10, 2011 for one year, with automatic yearly renewals unless terminated in writing |
| Oceanic Distribution<br>19/22 Northumberland Road<br>Caringbah, NSW, 2229, Austalia | Distribution Agreement<br>Effective November 1, 2010 for two year period |
| SNRG Marketing/Fred Carrico<br>6072 Red Oak Court<br>Warrenton, VA 20187 | Sales Representative Agreement<br>Effective August 10, 2011 for one year, with automatic yearly renewals unless terminated in writing |

0

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     Fiberoptic Studio Corporation _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093 | Gabler Partners<br>1007 Tower Road<br>Winnetka, IL 60093 |
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093 | InterSource Specialties Company<br>N5619 Luey Lane<br>Plymouth, WI 53073 |
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093 | Harris Bank Winnetka<br>520 Elm Street<br>Winnetka, IL 60093 |
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093 | Harris Bank Winnetka<br>520 Elm Street<br>Winnetka, IL 60093 |
| William Graham<br>P.O. Box 6167<br>Carefree, AZ 85377 | Harris Bank Winnetka<br>520 Elm Street<br>Winnetka, IL 60093 |

0

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Fiberoptic Studio Corporation             Case No. _____

Debtor(s)        Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 28, 2011 _____        Signature    /s/ Jeffrey P. Graham _____

                                                        Jeffrey P. Graham

                                                        President

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Fiberoptic Studio Corporation

Debtor(s)

Case No.

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $296,949.00 | 2011 YTD: Business Income |
| $554,061.00 | 2010: Business Income |
| $304,983.00 | 2009: Business Income |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| American Express Gold Card P.O. Box 360002 Fort Lauderdale, FL 33336-0002 | August & September, 2011 | $6,547.59 | $4,500.00 |
| Gabler Partners 1007 Tower Road Winnetka, IL 60093 | August-November, 2011 | $11,000.00 | $2,000.00 |
| Peter Hoagland Ltd. 5863 Old Dominion Court Warrenton, VA 20187 | September & October, 2011 | $8,225.55 | $2,500.00 |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Lora Graham-Peknik 859 Lincoln Avenue Winnetka, IL 60093    Wife of debtor's president | April, 2011 (loan reimbursement payable to Jeffrey Graham) | $1,500.00 | $0.00 |
| Haley Graham 194 Lake Street Glencoe, IL 60022    Daugther of debtor's president | April, 2011 (loan reimbursement payable to Jeffrey Graham) | $500.00 | $0.00 |
| Jeffrey P. Graham 918 Green Bay Road #2H Winnetka, IL 60093    Debtor's president | March - October, 2011 (loan repayments) | $17,000.00 | $139,017.52 |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093<br>    Debtor's president | June and September, 2011<br>(expense reimbursements) | $1,986.34 | $139,017.52 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scalambrino & Arnoff, LLP<br>One North LaSalle Street<br>Suite 1600<br>Chicago, IL 60602 | October, 2011 | $2,899.00 |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Carmax Auto Superstores, Inc.<br>2000 W. Frontage Road<br>Glencoe, IL 60022<br>  n/a | August 10, 2010 | 2005 Toyota Scion vehicle sold for $4,511.84 (paid jointly to Fiberoptic Studio Corp. & Jeffrey P. Graham) |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| iSky Panel Systems, Inc. | 5249 | 911 Green Bay Road Winnetka, IL 60093 | Manufacturer and wholesaler of acoustical star ceiling panels and LED lighting. | August, 2006 - December, 2009 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Terry Schudutz<br>331 Montgomery Lane<br>Glenview, IL 60025 | Internal bookkeeper services - through November 1, 2011 |
| Resources for Small Business<br>P.O. Box 355<br>Long Lake, MN 55356 | Bookkeeper services - through August, 2010 |
| Goettsche, Tranen, Winter & Russo<br>7383 N. Lincoln Ave.<br>Lincolnwood, IL 60712 | Acounting services - 2009 to present |
| Jean Diamond<br>778 Frontage Road<br>#117<br>Winnetka, IL 60093 | Accounting services - through 2010 |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

8

None ■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Jeffrey P. Graham<br>918 Green Bay Road<br>#2H<br>Winnetka, IL 60093 | President | Sole shareholder of 100% of issued shares of corporation |

---

### 22 . Former partners, officers, directors and shareholders

None ■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   November 28, 2011                   Signature   /s/ Jeffrey P. Graham

Jeffrey P. Graham
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    Fiberoptic Studio Corporation                                   Case No.                                                    
                                               Debtor(s)                                      Chapter       7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,899.00 |
| Prior to the filing of this statement I have received | $ | 2,899.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 28, 2011                     /s/ Bruce C. Scalambrino
                                                    Bruce C. Scalambrino
                                                    Scalambrino & Arnoff, LLP
                                                    One North LaSalle Street
                                                    Suite 1600
                                                    Chicago, IL 60602
                                                    312-629-0545  Fax: 312-629-0550
                                                    bcs@sacounsel.com

THE LAW FIRM OF

SCALAMBRINO
&ARNOFF, LLP

ONE NORTH LASALLE STREET · SUITE 1600 · CHICAGO, ILLINOIS 60602
TELEPHONE (312) 629-0545          FACSIMILE (312) 629-0550
                                          www.sacounsel.com

BRUCE C. SCALAMBRINO
Direct Dial (312) 629-0547
bcs@sacounsel.com

October 7, 2011

**Via Email Transmission**

Mr. Jeffrey Graham
Fiberoptic Studio Corporation
911 Green Bay Road
Winnetka, Illinois 60093

Re:   <u>Retention of Scalambrino & Arnoff, LLP</u>

Dear Mr. Graham:

It is our law firm's standard practice and it is required under the Bankruptcy Code that all new clients sign written retention agreements. This ensures that both the client and our law firm understand the scope of the other's obligations to one another. This letter thus serves as confirmation of the engagement of Scalambrino & Arnoff, LLP ("S&A") as bankruptcy attorneys for Fiberoptic Studio Corporation ("FSC") and the basis upon which we shall represent FSC.

S&A shall represent FSC in all matters pertaining to the filing of a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois. S&A shall represent FSC in all matters therein, **except** the defense of any adversary proceedings which may be filed against FSC or any of its officers, directors or members and litigation to protect FSC against violations of the automatic stay. FSC, or its officers, directors or members, must retain separate counsel to defend these proceedings or make separate arrangements with S&A to defend these cases at our normal and customary hourly rates, if there is no conflict of interest precluding this representation. At this time, our hourly rates range from $400.00 to $240.00 per hour.

In order to undertake the representation described above, S&A requires the payment of a retainer in the sum of $2,600, as well as the filing fee in the sum of $299.00, for a total due of $2,899. The check should be made payable to "Scalambrino & Arnoff, LLP." This amount will be the only amount which we will charge for handling this matter if you file under Chapter 7 of the Bankruptcy Code, unless FSC retains us to handle any matter not the subject of this retention agreement.

We hope that our attorney/client relationship remains mutually acceptable; however, in some circumstances it is necessary to end the relationship. For this reason, FSC may terminate our engagement for any reason whatsoever upon written notice to us. Upon termination, we shall deliver to FSC such papers and property as it requests, but we shall retain our own files. If

Mr. Jeffrey Graham

we are terminated prior to the completion of the Schedules and Statement of Financial Affairs, we shall refund to FSC a portion of the retainer paid to us, including the filing fee. We shall be entitled to deduct from this amount our attorneys' fees and costs incurred based upon the time we have spent working on this matter. This time shall be billed at our normal and customary hourly rates in existence at that time.

We may terminate our engagement for any of the reasons permitted under the "Illinois Rules of Professional Conduct" including FSC's failure to disclose material facts or mis-representations by you, or any other conduct or situation which, in our judgment, impairs an effective attorney\client relationship or conflicts with our professional responsibilities.

The files of the firm, including lawyer work product, pertaining to the matter will be retained by the firm for a period of seven years after the end of our engagement. These materials will be kept in an electronic format only and will be destroyed, after reasonable notice to you, at the end of the seven year period. Thus, you must keep your contact information with the firm current during this time.

By executing this agreement, you acknowledge and agree that FSC shall disclosure all of its assets and liabilities to us of whatever nature, shall cooperate with us in valuing its assets, and shall produce whatever documentation which, in our opinion, is necessary for us to review in order to verify the information contained in FSC's Schedules and Statement of Financial Affairs.

This Agreement sets forth the entire agreement of the parties and supersedes any and all other agreements, oral or written, with respect to the subject matter hereof. Any modification of this Agreement will be effective only if it is in a writing signed by all parties.

Whenever you have any questions or comments regarding our services or the status of your bankruptcy case, please do not hesitate to contact either Christopher L. Muniz or me. We are pleased to have this opportunity to represent you, and will use our best endeavors to bring this matter to a prompt and satisfactory conclusion.

Mr. Jeffrey Graham                                    October 7, 2011
                                                      Page 3

      If the arrangement set forth in this agreement is acceptable, please return a signed copy of this letter to me. Your signature shall indicate your understanding and agreement to the terms set forth herein.  Please be advised that we shall not be retained as counsel for FSC until we receive a fully executed copy of this agreement and the full amount due hereunder.

      Sincerely yours,

      SCALAMBRINO & ARNOFF, LLP

By: _____
      Bruce C. Scalambrino

APPROVED and ACCEPTED this
_11_ day of October, 2011.

Fiberoptic Studio Corporation

By: _____
      An authorized officer

# United States Bankruptcy Court
## Northern District of Illinois

In re    Fiberoptic Studio Corporation        Case No. _____

                           Debtor(s)       Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:             52

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 28, 2011            /s/ Jeffrey P. Graham _____

                                       Jeffrey P. Graham/President
                                       Signer/Title

American Express Blue
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express Gold Card
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

American Express Optima
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

APA Electronics Co., Inc.
8F, No. 317, Sec. 2, Chung Shan Rd.
Chung Ho City, TaiPei Hsien, Taiwan

APW Custom Home Theaters
777 St. Clair. Street
Chatham, ON N7M 5J7

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197-6416

Axiom Entertainment Environmets
880 Rice Creek Terrace
Fridley, MN 55432

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Channer Corp.
13720 West Polo Trail Drive
Lake Forest, IL 60045

Chase
P.O. Box 9001020
Louisville, KY 40290-1020

Cinema di Cuore/Trayce Blake
142 E. Bonita Ave.
#14
San Dimas, CA 91773


Citibusiness Card
P.O. Box 688901
Des Moines, IA 50368-8901


D2MK Solutions/Dale A. Mackintosh
77 Hilldale Crescent
Guelph, Ontario, Canada N1G4B5


DHL Express
16592 Collections Center Drive
Chicago, IL 60693


Digi-Key Corporation
701 Brooks Avenue S
P.O. Box 677
Thief River Falls, MN 56701-0677


Elite Marketing
4008 Louetta Road
#551
Spring, TX 77388


Erco Lighting Inc.
160 Raritan Center Parkway
Edison, NJ 08837


eShipping
P.O. Box 842634
Kansas City, MO 64184-2634


FabricMate Systems
4350 Transport Street
Suite 101
Ventura, CA 93003


Fiberstars, Inc.
P.O. Box 72233
Cleveland, OH 44192-2233

Gabler Partners
1007 Tower Road
Winnetka, IL 60093


Global Payments Inc.
10705 Red Run Blvd.
Owings Mills, MD 21117


Globaltranz Enterprises, LLC
P.O. Box 219109
Kansas City, MO 64121-9109


Goettsche, Tranen, Winter & Russo
7383 N. Lincoln Ave.
Lincolnwood, IL 60712


Harris Bank Winnetka
520 Elm Street
Winnetka, IL 60093


Home Video-Kazakhstan Ltd.
Zheltoksan Str. 171, ap 66-67
Almaty, 050013 Kazakhstan


InterSource Specialties Company
N5619 Luey Lane
Plymouth, WI 53073


J. Boyd Hildebrant & Company
2120 South Brockway
Palatine, IL 60067


JBA Sales LLC
1705 Route 46
Suite 3
Ledgewood, NJ 07852


Jeffrey P. Graham
918 Green Bay Road
#2H
Winnetka, IL 60093


John G. Neal
P.O. Box 369
Powell, OH 43065

Lathrop & Gage
2345 Grand Blvd.
Kansas City, MO 64108-2616


Magnitude Lighting Transformers
7404 Fulton Avenue
Unit 1
North Hollywood, CA 91605


Oceanic Distribution
19/22 Northumberland Road
Caringbah, NSW, 2229, Austalia


Peoples Energy
P.O. Box 0
Chicago, IL 60690-3991


Peter Hoagland Ltd.
5863 Old Dominion Court
Warrenton, VA 20187


RMS
300 Arboretum Place
P.O. Box 26446
Richmond, VA 23261-6446


Rose Brand
4 Emerson Lane
Secaucus, NJ 07094


Signs NOW
716 Central Ave.
Highland Park, IL 60035


SNRG Marketing/Fred Carrico
6072 Red Oak Court
Warrenton, VA 20187


Station Earth Inc.
766 Tower St. S.
Fergus, ON N1M2R3

Steven G. Smith
Goldman, Walker LLC
6303 E. Tanque Verde Road #110
Tucson, AZ 85715


Tek-Collect, Inc.
P.O. Box 1269
Columbus, OH 43216


Thomas Koontz
8028 Shaddy Lake Ct.
Fort Wayne, IN 46804


Travelers Insurance
CL & Speciality Remittance Center
Hartford, CT 06183-1008


Traxon Technologies USA
20 Murray Hill Parkway
Suite 210
East Rutherford, NJ 07073


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


Village of Winnetka
510 Green Bay Road
Winnetka, IL 60093-2563


William Graham
P.O. Box 6167
Carefree, AZ 85377

# United States Bankruptcy Court
## Northern District of Illinois

In re    Fiberoptic Studio Corporation

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Fiberoptic Studio Corporation    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 28, 2011

Date

/s/ Bruce C. Scalambrino

Bruce C. Scalambrino
Signature of Attorney or Litigant
Counsel for    Fiberoptic Studio Corporation
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com